# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

137708

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MICHAEL RALPH GEORGE,
      Defendant-Appellant.

SC: 137708
COA: 288032
Macomb CC: 07-004766-FC

_____/

On order of the Court, the application for leave to appeal the November 3, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

p0325

_____
Clerk